**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No.**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

1.    **DOMINIC D. STEWART,**
2.    **JAMES DUCKETT,**
      **Defendants**.

---

**INDICTMENT**
Title 18, United States Code, Section 1111(a)
Title 18, United States Code, Section 113(a)(6)
Title 18, United States Code, Section 2(a)

---

The Grand Jury charges:

**COUNT ONE**
**[Murder in the First Degree]**

On or about and between May 26, 2005, and June 1, 2005, in the State and District of Colorado, at the United States Penitentiary, Administrative Maximum in Florence, Colorado, a place within the special maritime and territorial jurisdiction of the United States, Defendant **DOMINIC D. STEWART**, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill Gregory Joiner, a human being.

In violation of Title 18, United States Code, Sections 1111(a) and 7(3).

1

## COUNT TWO
**[Murder in the Second Degree]**

On or about and between May 26, 2005, and June 1, 2005, in the State and District of Colorado, at the United States Penitentiary, Administrative Maximum in Florence, Colorado, a place within the special maritime and territorial jurisdiction of the United States, Defendants **DOMINIC D. STEWART** and **JAMES DUCKETT**, with malice aforethought, did unlawfully kill Gregory Joiner, a human being; and further Defendants **DOMINIC D. STEWART** and **JAMES DUCKETT**, did aid, abet, counsel, command, induce and procure each other's participation in the commission of this offense.

In violation of Title 18, United States Code, Sections 1111(a), 7(3) and 2(a).

## COUNT THREE
**[Assault resulting in Serious Bodily Injury]**

On or about May 26, 2005, in the State and District of Colorado, at the United States Penitentiary, Administrative Maximum in Florence, Colorado, a place within the special maritime and territorial jurisdiction of the United States, Defendant **JAMES DUCKETT** did knowingly assault Gregory Joiner, resulting in serious bodily injury; and further Defendant **JAMES DUCKETT** did aid, abet, counsel, command, induce and procure another's participation in the commission of this offense.

In violation of Title 18, United States Code, Sections 113(a)(6), 7(3) and 2(a).

                A TRUE BILL:

<u>Ink signature on file in the Clerk's Office</u>
FOREPERSON

David M. Gaouette
United States Attorney

<u>s/Linda A. McMahan</u>
Linda A. McMahan
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0100
Email: linda.mcmahan@usdoj.gov