**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 10-cr-00129-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DOMINIC D. STEWART and
2. JAMES DUCKETT,

    Defendants.

**GOVERNMENT'S BRIEF IN SUPPORT OF COMPETING JURY INSTRUCTIONS**

The United States of America, by and through First Assistant United States Attorney Robert C. Troyer and Assistant United States Attorney Susan D. Knox, respectfully submits its Brief in Support of Competing Jury Instructions for trial, as follows:

Instruction #5, Presumption of Innocence - Burden of Proof - Reasonable Doubt. The following authority supports this instruction: 10th Cir., *Criminal Pattern Jury Instructions*, No. 1.05 (2011) (modified to reflect that there are two defendants in this case).

Instruction #6, Evidence - Defined. The following authority supports this instruction: 10th Cir., *Criminal Pattern Jury Instructions*, No. 1.06 (2011).

Instruction #7, Evidence Direct and Circumstantial - Inferences. The following authority supports this instruction: 10th Cir., *Criminal Pattern Jury Instructions*, No. 1.07 (2011).

<u>Instruction # 8, Credibility of Witnesses.</u>   The following authority supports this instruction: 10th Cir., *Criminal Pattern Jury Instructions*, No. 1.08 (2011) (modified to reflect that there are two defendants in this case).

<u>Instruction #11, Impeachment by Prior Conviction (Witness Other Than Defendant).</u>  The following authority supports this instruction: 10th Cir., *Criminal Pattern Jury Instructions*, No. 1.12 (2011).

<u>Instruction # 17, Willfully - - Defined.</u>  The following authority supports this instruction: 1A O'Malley, Grenig and Lee, *Federal Jury Practice and Instructions*, § 17:05 (Willfully -- Defined (non-tax cases) (modified).  The *Federal Jury Practice and Instructions,* at "Notes -- In General," states that this instruction should only be given when the statute upon which the prosecution is based employs the word "willfully".  The statute in this case, 18 U.S.C. § 1111, states, in pertinent part:  "Every murder perpetrated by. . .willful killing."

<u>Instruction # 19, First Degree Murder 18 U.S.C. § 1111.</u>  The following authority supports this instruction: 10th Cir., *Criminal Pattern Jury Instructions*, No. 2.52 (2011) (modified to reflect the name of the victim).

<u>Instruction # 20, Second Degree Murder 18 U.S.C. § 1111.</u>  The following authority supports this instruction:  10th Cir., *Criminal Pattern Jury Instructions*, No. 2.53 (2011) (modified).

<u>Instruction # 22, Aiding and Abetting 18 U.S.C. § 2(a).</u>   The following authority supports this instruction: 10th Cir., *Criminal Pattern Jury Instructions*, No. 2.06 (2011).

Dated this 13th day of February, 2012.

> Respectfully submitted,
> JOHN F. WALSH
> United States Attorney
>
> By:    *s/Robert C. Troyer*
> ROBERT C. TROYER
> First Assistant United States Attorney
> SUSAN D. KNOX
> Assistant United States Attorney
> 1225 Seventeenth Street, Suite 700
> Denver, Colorado 80202
> Telephone: (303) 454-0100
> Facsimile: (303) 454-0406
> Email: Robert.Troyer@usdoj.gov
> Email: Susan.Knox@usdoj.gov
>
> ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2012. I electronically filed the foregoing **GOVERNMENT'S BRIEF IN SUPPORT OF COMPETING JURY INSTRUCTIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Thomas James Hammond**
Email: hammondlaw@solucian.com

**Frances Ethel Simonet**
Email: SimonetLaw@gmail.com

**Frank E. Moya**
Email: USAfrankmoya@aol.com

By:  *s/Maureen Carle*
MAUREEN CARLE
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone: 303-454-0100
Facsimile:  303-454-0403
Email: Maureen.Carle@usdoj.gov