**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 10-cr-00129-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DOMINIC D. STEWART,

    Defendant.

---

**AMENDED ORDER PRESCRIBING JURY SELECTION PROTOCOL**[1]

---

**Blackburn, J.**

    Attached is a **Jury Selection Protocol** approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED as follows:**

    1. That the attached **Jury Selection Protocol** shall be used by the court and the parties in the selection of the jury in the trial of this case; and

    2. That this amended order and the attached **Jury Selection Protocol** supplant and supersede the **Order Prescribing Jury Selection Protocol** [#401] and concomitant **Jury Selection Protocol** [#401-1] issued February 9 2012.

    Dated February 21, 2012, at Denver, Colorado.

                                                              **BY THE COURT:**

                                                               */s/ Bob Blackburn*
                                                               Robert E. Blackburn
                                                               United States District Judge

---

[1] The entry of this amended order is necessary to reflect that the defendant, James Duckett, has entered a plea of guilty pursuant to a plea agreement with the government and, thus, will not be going to trial.